(124 So. 117)

### G. E. KIRKLAND v. Sam D. NEELEY.
### (8 Div. 138.)

Supreme Court of Alabama. Oct. 10, 1929.

■

Simpson & Simpson, of Florence, for petitioner.

R. M. Sims and A. G. Bates, both of Florence, opposed.

PER CURIAM. Petition of G. E. Kirkland for certiorari to the Court of Appeals to re-

view and revise the judgment and decision of that court in Kirkland v. Neeley, 124 So. 115.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.